**Entered on Docket
September 17, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed September 17, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re: Cesar Luciano Aguero and Lida Miriam Grinfeld-Aguero | Case No.: 10-49198 WJL |
| | Chapter: 13 |
| Debtor(s)/ | |

ORDER VACATING ORDER OF DISCHARGE

On 9/15/2015, the Clerk's Office entered the Order of Discharge on the above captioned case in error.

In light of the above and good cause appearing,

IT IS ORDERED that the Order of Discharge in the above captioned case is vacated.

**END OF ORDER**

COURT SERVICE LIST

All Recipients